MARTIN and Another *v.* REED.

Monday,      APPEAL from the *Decatur* Court of Common Pleas.
June 1.
*Per Curiam.*—The only question in this case relates to
the service of process.  The summons was served on the
21st day of *September*, 1855, and the term of the Court to
which it was returnable commenced on the first of *October*
following.  This, excluding the day of service and includ-

ing the day on which the term commenced, was sufficient in point of time.  See *Womack* v. *McAhren* (1), and *Blair et al.* v. *Davis* (2), at the present term.

May Term,
1857.

BROWN
v.
THE NEWCAS-
TLE, &c.
RAILR'D  CO.

The judgment is affirmed, with 7 per cent. damages and costs.

*J. Gavin* and *J. R. Coverdill*, for the appellants.

*O. Hord*, for the appellee.

(1) *Ante*, 6.
(2) *Post.*  See, also, *Martin et al.* v. *Howell et al.*, 8 Ind. R. 501; *Dugdale* v. *Ryan, id.* 529.